City of Wausau and another, Respondents, vs. Industrial Commission of Wisconsin and others, Appellants.

*January 15—March 10, 1931.*

For the appellant Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

*E. P. Gorman* of Wausau, for the appellant Walter Coerper.

*Walter A. Graunke* of Wausau, district attorney, for the appellant Marathon County.

For the respondents there was a brief by *Brown, Pradt & Genrich* of Wausau, and oral argument by *L. A. Pradt, Jr.*

FOWLER, J.   The case is ruled by the decision in *Schofield v. Industrial Commission,* decided herewith (*ante,* p. 84, 235 N. W. 396).   The facts and issues involved are fully stated and treated in the opinion in that case.

*By the Court.*—The judgment is reversed, with directions to enter judgment confirming the award of the Industrial Commission.